**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| THOMAS RIEDY, as Personal Representative of Gerald Riedy, deceased, and on behalf of all others similarly situated,<br><br>                   **Plaintiff,**<br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>                 **Defendant.** | **Case No. 1:24-cv-00498-JPH-KMB**<br><br>**Judge James Patrick Hanlon**<br><br>**Magistrate Judge Kellie M. Barr** |

## JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL

Plaintiff Thomas Riedy ("Plaintiff") and Defendant National Collegiate Athletic Association ("NCAA") respectfully request that the Court extend the deadline to file a stipulation of dismissal with prejudice through and including July 18, 2026.  The parties also request that the Court stay further proceedings other than the telephonic hearing scheduled to take place on June 4, 2026.

In support of this motion, the parties state as follows:

1.      This case is similar to hundreds of other putative class action lawsuits that have been identified over the past eight years in notices of potential tag-along actions filed with the Judicial Panel on Multidistrict Litigation ("JPML") and the hundreds of other cases that have been transferred and consolidated in In re NCAA Student-Athlete Concussion Injury Litigation - Single Sport / Single School (Football), No. 1:16-cv-08727 (N.D. Ill.) (the "Single Sport / Single School MDL" or "MDL").  The undersigned counsel is Lead Counsel for the NCAA in the MDL.  One of the counsel for Plaintiff in this case, Edelson PC, is Lead Counsel for plaintiffs in the MDL.

2.      On July 24, 2024, Plaintiff filed a notice of potential tag-along action regarding this case with the JPML.  See Notice of Potential Tag-Along Actions (JPML Dkt. 295), In re NCAA Student-Athlete Concussion Injury Litig., MDL No. 2492 (J.P.M.L.).  On July 31, 2024, the JPML determined that this action was not appropriate for inclusion in the Single Sport / Single School MDL.  See Notice to Counsel (JPML Dkt. 297).

3.      On August 21, 2024, the Court granted the parties' joint motion for stay of proceedings while the parties engaged in mediation in an effort to resolve this case and those of the more than five hundred other individual plaintiffs in the Single Sport / Single School MDL.  See Order Granting Joint Motion for Stay (Dkt. 18).  That stay was subsequently extended while the parties engaged in further settlement discussions.

4.      On August 1, 2025, the parties filed a joint status report to inform the Court that the NCAA and Edelson PC had signed a Master Settlement Agreement ("MSA") that would resolve the individual claims of Edelson PC's clients asserted against the NCAA, including the claims asserted in this case as well as in 479 cases consolidated in the MDL.  See Joint Status Report (Dkt. 31).

5.      On November 17, 2025, the parties filed a joint status report to inform the Court of Edelson PC's outreach to its clients, including Plaintiff, to solicit their participation in the settlement.  See Joint Status Report (Dkt. 33).

6.      On January 16, 2026, the parties filed a joint status report to inform the Court that Edelson PC had concluded its outreach efforts to its clients, and Plaintiff had agreed to participate in the settlement.  See Joint Status Report (Dkt. 35).

7.    On April 3, 2026, the parties filed a joint status report to inform the Court that Edelson PC and counsel for the NCAA had been performing final diligence on plaintiffs who wished to participate in the master settlement.  See Joint Status Report (Dkt. 37).

8.    On April 9, 2026, the Court entered an order directing that a stipulation of dismissal be filed by May 29, 2026.  See Order (Dkt. 38).

9.    Since filing the April 3, 2026 status report, Edelson PC and counsel for the NCAA have completed those diligence efforts.  On May 21, 2026, Edelson PC filed a motion in the Single Sport / Single School MDL requesting court approval to establish a Qualified Settlement Fund ("QSF") for purposes of receiving and distributing the settlement funds.  See MDL 2492 Dkt. 546.

10.    On May 27, 2026, the court in the Single Sport / Single School MDL granted Edelson PC's motion and entered an order establishing the QSF.  See MDL 2492 Dkt. 550, 552. Under the MSA, the QSF will be funded by early June.  Settling plaintiffs, including Plaintiff in this case, will then file stipulations of dismissal with prejudice within ten (10) business days after the settlement funds are deposited in the QSF.

11.    Accordingly, the parties estimate the final steps required to implement the settlement will be completed by July 18, 2026.  The parties respectfully request a final extension of the deadline to file a stipulation of dismissal with prejudice through and including July 18, 2026 and a stay of further proceedings other than the telephonic hearing scheduled to take place on June 4, 2026.

12.    Courts generally weigh three factors to determine whether a stay should be granted: (1) the judicial resources saved by avoiding duplicative litigation; (2) hardship to the moving party if a stay is not granted; and (3) potential prejudice to the non-moving party.  See Joyner v. Tyson

Foods, Inc., 2007 WL 9751846, at *1 (S.D. Ind. 2007). Each of these factors weighs in favor of a stay in this case.

13. <u>First</u>, a stay will continue to conserve judicial resources as the parties have executed a settlement agreement and are taking the final steps required to implement the terms of the settlement.

14. <u>Second</u>, given the execution of a settlement agreement, the parties face a significant risk of wasted resources if a stay is not granted.

15. <u>Third</u>, this is a joint motion, and neither party will be prejudiced if the requested stay is granted.

WHEREFORE, the NCAA and Plaintiff respectfully request that the Court extend the deadline to file a stipulation of dismissal through July 18, 2026 and stay further proceedings other than the telephonic hearing scheduled to take place on June 4, 2026.

Date: June 1, 2026

Respectfully submitted,

*/s/ Mark S. Mester*
Counsel for Defendant National Collegiate
Athletic Association

Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  mark.mester@lw.com

*/s/ Johanna M. Spellman*
Counsel for Defendant National Collegiate
Athletic Association

Johanna M. Spellman *(pro hac admission forthcoming)*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  johanna.spellman@lw.com

*/s/ Jeffrey L. Raizner (with consent)*
Counsel for Plaintiff Thomas Riedy

Jeffrey L. Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street, Suite 300
Houston, Texas 77006
Telephone:  (713) 554-9099
Facsimile:  (713) 554-9098
Email: jraizner@raiznerlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that on June 1, 2026, a true and correct copy of the foregoing JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL was filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to the attorneys of record.

Date:  June 1, 2026

*/s/ Mark S. Mester*
Mark S. Mester
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  mark.mester@lw.com